APEX TRIAL LAW
A Professional Corporation
Ryan M. Ferrell, Bar No. 258037
rferrell@apextrial.com
4100 Newport Place Drive, Suite 800
Newport Beach, CA  92660
Tel: (949) 438-0033
Fax: (949) 299-0133

Attorneys for Plaintiff and the Class

[Defense Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA MORENO, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>GARDEN OF LIGHT, INC. dba BAKERY ON MAIN; and DOES 1-25, Inclusive,<br><br>    Defendants. | Case No.    5:16-cv-02160-GW (DTBx)<br><br>**STIPULATED VOLUNTARY DISMISSAL PURSUANT TO FED. RULE CIV. P. 41(a)(1)(A)(ii)** |

- 1 -
STIPULATED VOLUNTARY DISMISSAL PURSUANT TO FED. RULE CIV. P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED by and between Plaintiff Barbara Moreno and Defendant Garden of Light, Inc., through their respective counsel, that the above-captioned action is voluntarily dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Because a class has not yet been certified, court approval is not required for the dismissal to be operative, as per Rule 23(e) of the Federal Rules of Civil Procedure.

Dated: June 23, 2017                          APEX TRIAL LAW

                                    By:/s/ Ryan M. Ferrell
                                          Ryan M. Ferrell

                                          Attorneys for Plaintiff
                                          Barbara Moreno


Dated:  June 23, 2017                         THE FOOD LAWYERS
                                          George C. Salmas, Bar No. 62616
                                          george.salmas@thefoodlawyers.com
                                          Michael R. Hambly, Bar No. 119834
                                          michael.hambly@thefoodlawyers.com
                                          1880 Century Park East, Suite 611
                                          Los Angeles, California 90067
                                          Telephone: (310) 556-0721
                                          Facsimile: (310) 788-8923


                                    By:   /s/ Michael Hambly
                                           Michael Hambly

                                          Attorneys for Defendant
                                          Garden of Light, Inc.

   *I, Ryan M. Ferrell, hereby certify that the content of this document is acceptable to all persons required to sign this document and that I obtained the authorizations necessary for the electronic signatures of all parties for this document.*

                                           */s/ Ryan M. Ferrell*
                                          Ryan M. Ferrell

- 1 -
STIPULATED VOLUNTARY DISMISSAL PURSUANT TO FED. RULE CIV. P. 41(a)(1)(A)(ii)

**CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2017, I electronically filed the foregoing **STIPULATED VOLUNTARY DISMISSAL PURSUANT TO FED. RULE CIV. P. 41(a)(1)(A)(ii)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.


*/s/ Ryan M. Ferrell*
Ryan M. Ferrell