JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BARBARA MORENO,

              Plaintiff,

    v.

GARDEN OF LIGHT, et al.,

              Defendants.

Case No.  EDCV 16-2160-GW(DTBx)

**ORDER TO DISMISS WITH PREJUDICE**

      Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

      IT IS SO ORDERED.

Dated: June 26, 2017

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE